DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAOLO WESTON,**
Appellant,

v.

**2914 WASHINGTON RD., LLC,**
Appellee.

No. 4D19-2041

[January 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 502019CA002749XXXMB.

Roger C. Brown of Morgan & Morgan, PA., West Palm Beach, for appellant.

Daren Rubenfeld of Law Offices of Daren Rubenfeld, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***